JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| JENNIFER SCHREIBER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action Number: 2:10-cv-9594 |
| AETNA LIFE INSURANCE COMPANY and HILTON HOTELS CORPORATION LONG TERM DISABILITY PLAN, | ) PROPOSED ORDER |
| Defendants. | ) |

## ORDER

AND NOW, this __15th__ day of __September__, 2011, upon consideration of the Stipulation for Dismissal, it is hereby ORDERED the case is dismissed with prejudice.

Dated: 9/15/11

_____
Christina A. Snyder
U.S. DISTRICT JUDGE