JS-4

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNIFER SCHREIBER, )
)
    Plaintiff, )
vs. ) Civil Action Number: 2:10-cv-9594
)
AETNA LIFE INSURANCE COMPANY and ) PROPOSED ORDER
HILTON HOTELS CORPORATION LONG )
TERM DISABILITY PLAN, )
)
    Defendants. )

**ORDER**

AND NOW, this __15th__ day of __September__, 2011, upon consideration of the Stipulation for Dismissal, it is hereby ORDERED the case is dismissed with prejudice.

Dated: 9/15/11

_Christina A. Snyder_
U.S. DISTRICT JUDGE